UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: § | |
| § | |
| Nathaniel Adam Smallcombe § | **CASE NO.** 19-02480 |
| § | **HON.** John T Gregg |
| **Debtor(s)** § | |
| § | |

**STATEMENT OF DEBTORS MADE PURSUANT TO 11 U.S.C. §521(f)(4)**

Nathaniel Adam Smallcombe, Debtor, pursuant to 11 U.S.C. §521(f)(4) states the following:

1. The principal source of income for the Debtor is Pennings & Sons.

2. The Debtor received a pay raise.  The Debtor did not receive any bonuses.

3. Debtor has no other sources of income.

4. The amended Schedules I & J were based upon a Budget review.

5. I make this statement under penalty of perjury.


Dated: 10/02/2020                     ___/s/_____
                                      Nathaniel Adam Smallcombe, Debtor


Dated: 10/02/2020                     ___/s/_____
                                      George J. George, Attorney for the Debtor